# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miller, Brian S. | United States District Court, Eastern District of Arkansas | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> **5b.** ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Jacob Trieber Federal Building
617 Walnut Street, Suite 315
Helena, Arkansas 72342

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Centennial Church Foundation |
| 2. | Director | Freeman Playground Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Brian S. | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Salary for serving as guidance counselor for Barton-Lexa School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Brian S.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Southern Bancorp | Loan for Rental Real Estate | K |
| 2. Southern Bancorp | Loan for Rental Real Estate | K |
| 3. Southern Bancorp | Loan for Rental Real Estate | L |
| 4. Southern Bancorp | Loan for Rental Real Estate | K |
| 5. Southern Bancorp | Loan for Rental Real Estate | K |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Brian S.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alphabet (Google) Class A | None | | K | T | | | | | |
| 2. Alphabet (Google) Class C | None | | K | T | | | | | |
| 3. Amazon | None | | N | T | | | | | |
| 4. | | | N | T | Buy (add'l) | 03/12/20 | J | | |
| 5. | | | N | T | Sold | 08/18/20 | N | | |
| 6. | | | N | T | Buy | 09/01/20 | N | | |
| 7. | | | N | T | Buy (add'l) | 05/31/20 | J | | |
| 8. Beckton Dickenson | None | | J | T | Buy (add'l) | 01/02/20 | J | | |
| 9. | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 10. | A | Dividend | J | T | Buy (add'l) | 07/01/20 | J | | |
| 11. | A | Dividend | J | T | Buy (add'l) | 10/01/20 | J | | |
| 12. | A | Dividend | J | T | | | | | |
| 13. Berkshire Hathaway B | None | | | | Buy (add'l) | 03/23/20 | J | | |
| 14. | None | | | | Sold | 06/02/20 | K | | |
| 15. Boeing | A | Dividend | J | T | Buy (add'l) | 03/06/20 | J | | |
| 16. | | | J | T | Buy (add'l) | 04/01/20 | J | | |
| 17. | | | J | T | Buy (add'l) | 04/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Brian S.** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | J | T | Buy (add'l) | 05/14/20 | J | | |
| 19. | | | K | T | Sold (part) | 07/21/20 | J | | |
| 20. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | L | Q | | | | | |
| 21. Rental Real Estate: Miller Rentals, II. Phillips County, Arkansas | D | Rent | L | Q | | | | | |
| 22. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | Q | | | | | |
| 23. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | Q | | | | | |
| 24. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | R | | | | | |
| 25. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | Q | | | | | |
| 26. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | Q | | | | | |
| 27. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | | None | K | R | | | | | |
| 28. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | D | Rent | K | Q | | | | | |
| 29. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | | None | K | Q | Buy | 01/09/20 | J | | Phillips County Dev. Cent |
| 30. Rental Real Estate, Miller Rentals, II, Phillips County, Arkansas | | None | K | S | Buy (add'l) | 01/09/20 | J | | Phillips County Dev. Cent |
| 31. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | A | Rent | K | Q | Buy | 10/23/20 | J | | Partners Bank |
| 32. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | A | Rent | K | Q | Buy | 10/23/20 | J | | Partners Bank |
| 33. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | | None | L | Q | Buy | 10/23/20 | J | | Partners Bank |
| 34. Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | | None | J | S | Buy | 10/23/20 | J | | Partners Bank |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Rental Real Estatee: Miller Rentals, II, Phillips County, Arkansas | | None | J | R | Buy | 10/05/20 | J | | Jason Harcourt |
| 36.  Rental Real Estate: Miller Rentals, II, Phillips County, Arkansas | A | Rent | J | R | Buy | 10/14/20 | J | | Morse Gist |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Brian S.** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI:  Southern Bancorp: Loan for Rental Property: K

Part VII:  Real Property listed on lines 20-36 were appraised as follows:  20) July 5, 2018; 21) June 26, 2018; 22) January 18, 2018; 23) February 6, 2018; 24) Purchased on April 13, 2018, for $300; 25) September 26, 2019; 26) June 27, 2018; 25) Purchased on September 5, 2018, for $15,000; 28) January 14, 2019; 29) March 15, 2019; 30) Purchased on January 9, 2020, for $2,500; 31) October 13,2020; 32) October 13, 2020; 33) October 13, 2020; 34) 2020 Property Tax Assessement is $5,400; 35) Purchased on October 5, 2020 for $4,000; and 36) Purchased on October 14, 2020, for $10,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian S. Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544